FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANSEN,<br>　　　　Plaintiff,<br>　v.<br>OFFICER FOLENA, et al.,<br>　　　　Defendants. | No. C 07-0167 MJJ (PR)<br>**ORDER GRANTING EXTENSION OF TIME**<br>**(Docket No. 13)** |

Plaintiff, a California prisoner proceeding pro se, has filed a letter with the Court in which he request an extension of time to respond to defendant's discovery requests until he "gets out of custody 8-8-08." Plaintiff has not shown good cause for such a lengthy extension of time, nor has he submitted any proof that he will in fact be released from custody on that date. In light of the current deadline for defendants' dispositive motion of March 21, 2008, the deadline for plaintiff to respond to defendants' discovery requests is extended to, and including, **February 15, 2008.** Plaintiff shall provide all responses required by the Federal Rules of Civil Procedure

IT IS SO ORDERED.

DATED: 1/29/2008

MARTIN J. JENKINS
United States District Judge

G:\PROSE\MJJ\CR.06\DAVIS.LTA.WPD

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE SANSEN,

    Plaintiff,

v.

PITTSBURGH POLICE et al,

    Defendant.
_____/

Case Number: CV07-00167 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose G. Sansen
Martinez Detention Facility
Prisoner Id 2006022884
901 Court Street
Martinez, CA 94553

Dated: January 29, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk