UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE GAUADALUPE SANSEN,

        Plaintiff,

v.

Pittsburg, California, Police Department Officers FOLENA, ANDERSON, STEPHENS, GOLDMAN, and TERRY,

        Defendants.
                                               /

No. C 07-00167 PJH (PR)

**ORDER AMENDING JUDGMENT NUNC PRO TUNC**

    The body of the judgment entered in this case is **AMENDED** nunc pro tunc to substitute "plaintiff" for "petitioner" and "defendants" for "respondent."

    **IT IS SO ORDERED.**

Dated: September 2, 2009.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.07\SANSEN0167.JUD-AMENDED.wpd